

# Fourth Court of Appeals
## San Antonio, Texas

April 12, 2019

No. 04-19-00181-CV

**IN RE BRUINGTON ENGINEERING LTD.**, Schlumberger Technology Corp., Schlumberger Services Inc., and Schlumberger Limited,
Appellant

From the 49th Judicial District Court, Zapata County, Texas
Trial Court No. 7,767 and 8,310
Honorable Jose A. Lopez, Judge Presiding

# O R D E R

Sitting:      Rebeca C. Martinez, Justice
                Luz Elena D. Chapa, Justice
                Liza A. Rodriguez, Justice

The Relators' Emergency Motion to Reinstate Stay is hereby DENIED.

It is so **ORDERED** on April 12, 2019.

**PER CURIAM**

ATTESTED TO: _____
                      Keith E. Hottle
                      Clerk of Court

